**Bryan LYONS, Appellant,**

v.

**Bonita CANNON; Walker, Police Officer; Steve Walker; Cutburth; Casey; Sgt. Dole; Police Division 27, Appellees.**

**No. 07–2874.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2009.

Filed: July 15, 2009.

Bryan K. Lyons, Kansas City, MO, pro se.

Diane Peters, Asst. Atty. Gen., Jefferson City, MO (Jeremiah W. (Jay) Nixon, Atty. Gen., on the brief), for appellees.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Bryan Lyons appeals the district court's[1] order granting defendants' motion to dismiss his complaint. We conclude that the complaint was properly dismissed. *See* 8th Cir. R. 47B. We also deny Lyons's pending motion.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.